IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| JOE L. SCANDRICK, JR., | : | |
| Plaintiff, | | |
| v. | : | Case No. 3:16-cv-287 |
| COMMISSIONER OF SOCIAL SECURITY, | | JUDGE WALTER H. RICE |
| Defendant. | : | |

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #20); SUSTAINING PLAINTIFF'S UNOPPOSED MOTION FOR AUTHORIZATION OF ATTORNEY FEES (DOC. #18); AWARDING ATTORNEY'S FEES IN THE AMOUNT OF $12,000 PURSUANT TO 42 U.S.C. § 406(b); PLAINTIFF'S COUNSEL TO REFUND TO PLAINTIFF, WITHIN 14 DAYS, THE EAJA FEE PREVIOUSLY AWARDED TO COUNSEL; CASE TO REMAIN TERMINATED

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman in his Report and Recommendations, Doc. #20, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing, and SUSTAINS Plaintiff's unopposed Motion for Authorization of Attorney Fees Pursuant to 42 U.S.C. § 406(b), Doc. #18.

Although the parties were advised of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections were filed within the time allotted.

2

Plaintiff's counsel is AWARDED the requested sum of $12,000 in attorney fees, and is ORDERED to reimburse Plaintiff, within 14 days, the $3,400 in EAJA fees previously awarded.  *See* Doc. #17.

The above-captioned case shall remain terminated on the Court's docket.


Date: October 27, 2020                    _____ (tp - per Judge Rice authorization after his review)
                                          WALTER H. RICE
                                          UNITED STATES DISTRICT JUDGE